No. 85–889.  COLORADO v. BERTINE.  Sup. Ct. Colo.  [Certiorari granted, 475 U. S. 1081.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 85–1433.  RICHARDSON, WARDEN v. MARSH.  C. A. 6th Cir.  [Certiorari granted, 476 U. S. 1168.]  Motion for appointment of counsel granted, and it is ordered that R. Steven Whalen, Esquire, of Detroit, Mich., be appointed to serve as counsel for respondent in this case.

No. 85–1563.  CALIFORNIA v. BROWN.  Sup. Ct. Cal.  [Certiorari granted, 476 U. S. 1157.]  Motion for appointment of counsel granted, and it is ordered that Monica Knox, of San Francisco, Cal., be appointed to serve as counsel for respondent in this case.

No. 85–1939.  IN RE BRANNEN; and
No. 85–6872.  IN RE THAPER.  Petitions for writs of mandamus denied.

No. 85–1965.  IN RE GAUNCE.  Petition for writ of mandamus and/or petition for writ of certiorari denied.  C. A. 9th Cir.  ▮

No. 85–6899.  IN RE FISHER.  Petition for writ of mandamus and/or prohibition denied.

No. 85–1199.  FIRST ENGLISH EVANGELICAL LUTHERAN CHURCH OF GLENDALE v. COUNTY OF LOS ANGELES, CALIFORNIA.  Appeal from Ct. App. Cal., 2d App. Dist.  Probable jurisdiction noted.

No. 85–1206.  ROSE v. ROSE ET AL.  Appeal from Ct. App. Tenn.  Probable jurisdiction noted.

No. 85–1520.  ANDERSON v. CREIGHTON ET AL.  C. A. 8th Cir.  Certiorari granted.

No. 85–1656.  MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS v. PETTY.  C. A. 5th Cir.  Certiorari granted.

No. 85–1672.  UNITED STATES v. MERCHANT.  C. A. 9th Cir.  Certiorari granted.